UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Anderson,

Plaintiff,

vs.

Mayo Clinic,

Defendant.

Court File No. 00-CV-2236 PAM/SRN

**STIPULATION FOR AN EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE PLEAD**

It is hereby stipulated and agreed by the parties, through their respective counsel, that Defendant Mayo Clinic shall have until Friday, November 3, 2000, to file an Answer to the Complaint in this matter and/or to otherwise plead.

Dated: October 19, 2000

WOLD, JACOBS & JOHNSON, P.A.

By ______________________
Keith D. Johnson (#51226)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
Telephone: (612) 341-2525

Attorneys for Plaintiff

OCT 20 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DORSEY & WHITNEY LLP

Dated: October 19, 2000

By____________________________
Tom Tinkham (#110176)
Holly S. A. Eng (#238028)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

**OF COUNSEL:**

Agnes Schipper, Esq.
Legal Department
Siebens Building, 9th Floor
200 First Street S.W.
Rochester, MN 55905

**ORDER**

**IT IS HEREBY ORDERED:**

That the defendant in the above-referenced action may have until Friday, November 3, 2000, to answer the Complaint or to otherwise plead.

Dated: October 20, 2000

____________________________
Paul A. Magnuson
Chief Judge of District Court