UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Anderson,

Plaintiff,

vs.

Mayo Clinic,

Defendant.

Court File No. 00-CV-2236 PAM/SRN

and ORDER

**STIPULATION FOR STAY OF DISCOVERY PENDING OUTCOME OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS**

It is hereby stipulated and agreed by the parties, through their respective counsel, that discovery in these proceedings shall be stayed until a determination as to the merits of Defendant's Motion for Summary Judgment and for Sanctions (served upon Plaintiff on April 13, 2001, and soon to be filed with the Court) has been made. The parties' stipulation does not affect their rights to engage in discovery at a later date, in the event that the above-referenced motion is denied.

With this Stipulation, Defendant also hereby respectfully withdraws its Motion for a Protective Order Staying Discovery, which was filed with the Court on April 20, 2001.

WOLD, JACOBS & JOHNSON, P.A.

Dated: May 3, 2001

By ______________________
Keith D. Johnson (#51226)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
Telephone: (612) 341-2525

Attorneys for Plaintiff

MAY 04 2001
FILED ____
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

DORSEY & WHITNEY LLP

Dated: May 3, 2001

By ______________________
Holly S. A. Eng (#238028)
Erik T. Nelson (#296119)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

**OF COUNSEL:**

Agnes Schipper, Esq.
Legal Department
Siebens Building, 9th Floor
200 First Street S.W.
Rochester, MN 55905

**ORDER**

**IT IS HEREBY ORDERED:**

That discovery in this matter shall be stayed until the Court has rendered its decision on Defendant's Motion for Summary Judgment and for Sanctions (dated April 13, 2001).

Dated: May 4, 2001

______________________
The Honorable Magistrate
Susan Richard Nelson
United States District Court