**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David Anderson,

Plaintiff,

vs.

Mayo Clinic,

Defendant.

---

Court File No. 00-CV-2236 PAM/SRN

**STIPULATION FOR AN EXTENSION OF TIME UNDER PRETRIAL SCHEDULING ORDER**

It is hereby stipulated and agreed by the parties, through their respective counsel, that the deadlines set forth in Paragraphs 2 and 3 of the Pretrial Scheduling Order dated January 23, 2001, may, with the Court's approval, be extended as follows:

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before the 30th day after the Court signs an Order regarding Defendant's Motion for Summary Judgment and for Sanctions, which is currently pending and upon which oral argument will be heard on Friday, August 10, 2001.

   b. By Defendant(s) 30 days after Defendant receives Plaintiff's expert witness disclosure.

3. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) 30 days after his expert disclosures are due, as per Paragraph 2 above.

   b. By Defendant(s) 30 days after Defendant's expert disclosures are due, as per Paragraph 2 above.

The parties also stipulate that, notwithstanding the discovery deadlines contained in the Pretrial Scheduling Order, dated January 23, 2001, the deposition of any expert witness(es)

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

disclosed per Paragraphs 2 and 3 above may be taken at any time before the 30th day following the date upon which Defendant must provide disclosure of expert testimony and reports.

This Stipulation is not intended to extend – nor does it extend – any expert witness disclosure that is required by statute, including, but not necessarily limited to, those deadlines required by Minn. Stat. § 145.682.

**WOLD, JACOBS & JOHNSON, P.A.**

Dated: July 25, 2001

By ______________________
Keith D. Johnson (#51226)
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
Telephone: (612) 341-2525

Attorneys for Plaintiff

**DORSEY & WHITNEY LLP**

Dated: July 16, 2001

By ______________________
Holly S. A. Eng (#238028)
Erik T. Nelson (#296119)
Pillsbury Center South, Suite 1300
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

**ORDER**

**IT IS HEREBY ORDERED:**

That the dates and other terms set forth in the above-referenced stipulation are agreeable to the Court and that the Pretrial Scheduling Order dated January 23, 2001, is hereby amended accordingly.

Dated: August 8, 2001

Paul A. Magnuson
Chief Judge of District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500