UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Anderson, Civ. File No. 00-2236 (PAM/SRN)

Plaintiff,

v. **ORDER**

Mayo Clinic,

Defendant.

---

This matter is before the Court on Defendant Mayo Clinic's Motion for Attorney's Fees. On August 10, 2001, this Court granted Defendant's Motion for Summary Judgment. The Court declined, however, to award Defendant sanctions including attorney's fees, even though the Order noted that Plaintiff's case was "one of the most frivolous lawsuits the Court has come across in its nearly 20-year tenure on the federal bench." August 10, 2001, Memorandum and Order at 7. Defendant now seeks attorney's fees under the prevailing party sections of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12117 (incorporating by reference 42 U.S.C. § 2000e-5(k)), and the Minnesota Human Rights Act ("MHRA"), Minn. Stat. § 363.14, subd. 3.

Both the ADA and the MHRA allow the Court almost unfettered discretion in determining whether an award of attorney's fees is appropriate in a given case. The Court exercised restraint in its previous Order, deciding that, despite the patently frivolous allegations of Plaintiff's Complaint, sanctions were not warranted. Plaintiff's response to the

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

instant Motion demonstrates that Plaintiff did not take the Court's cautionary words seriously. A lawsuit with such baseless allegations should not have proceeded past a lawyer's office.

The Court recognizes that Plaintiff supports himself almost solely on income from Social Security payments. Defendant seeks a much-reduced fee of just under $7,000, but in all likelihood even this amount is beyond Plaintiff's means. However, given the defiant nature of Plaintiff's recent submissions and his lengthy history of attempting to secure medical treatment through litigation, the Court determines that an award of some amount is appropriate in this case.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall pay Defendant the sum of $1,500.00 for attorney's fees reasonably incurred.

Dated: October 10, 2001

Paul A. Magnuson
United States District Court Judge