UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION - MINNEAPOLIS

David A. Anderson
Plaintiff(s)

-v-

**Civil** # 00-2236 PAM/SRN

Mayo Clinic Rochester
Defendant(s)

**<u>COST JUDGMENT</u>**

The costs of the Defendant have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 1,019.30 | $ | 1,019.30 |
| Fees for copies | | 1,426.63 | | 1,426.63 |
| TOTAL: | $ | 2,445.93 | $ | 2,445.93 |

Costs, therefore, are taxed in the sum of Two Thousand Four Hundred Forty-five Dollars and 93/100 ($2,445.93) in favor of the Defendant and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of November 2, 2001.

FRANCIS E. DOSAL, CLERK

By Celeste M Shahidi
Celeste M. Shahidi
Court Manager

cc: all counsel

FILED NOV 2 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 02 2001
DEPUTY CLERK